UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOHN MARTIN INDIVIDUALLY, AND DERIVATIVELY ON BEHALF OF CAL-TEX PROTECTIVE COATINGS, INC., <br>   Plaintiff <br><br> VS. <br><br> DARREL A. FRAIL, ERIC N. GREEN ROLAND G. OSBORN, AND ROBERT R. PRUITT, <br>   Defendants | CIVIL ACTION NO. <br> SA: 09-CV-00695-OLG |

## ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF'S CAUSE OF ACTION FOR <u>BREACH OF CONTRACT</u>

On this day, came on to be heard Defendants Darrell A. Frail, Eric N. Green, Rowland G. Osborn and Robert R. Pruitt's Motion for Partial Summary Judgment as to Plaintiff's Cause of Action for Breach of Contract. The Court, having considered Defendants' Motion, is of the opinion and so finds that such Motion should be GRANTED in whole.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Partial Summary Judgment as to Plaintiff's Cause of Action for Breach of Contract is hereby GRANTED and a take-nothing judgment is entered against Plaintiff on Plaintiff's claim for breach of contract and Defendants be awarded their costs.

**ORDERED, SIGNED AND ENTERED** on this the _____ day of _____, 2010.

_____
**UNITED STATES DISTRICT JUDGE**